UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DANIEL RODRIGUEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

AVENSO PHOTO ART INC.,

                Defendant.

23-cv-03291(NGG)(MMH)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear their own fees and costs.

Dated: July 31, 2023
New York, New York

STEIN SAKS, PLLC

s/Mark Rozenberg
_____
Mark Rozenberg, Esq.
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel: (201) 282-6500
Mrozenberg@steinsakslegal.com
Attorneys For Plaintiff

MORRISON COHEN LLP

/s/ Fred H. Perkins
_____
Fred H. Perkins
909 Third Avenue
New York, New York 10022
Tel: (212) 735-8647
Fhperkins@Morrisoncohen.com
Attorneys for Defendant

So Ordered.

s/Hon. Nicholas G. Garaufis
_____
Hon. Nicholas G. Garaufis
Date: 8/25/23

#11315725 v2 \018644 \001